William B. STARNES, Plaintiff–Appellant,

v.

David M. DUREE, et. al., Defendants–Respondents.

No. 73309.

Missouri Court of Appeals, Eastern District, Division Two.

Oct. 20, 1998.

Thomas Ducey, Belleville, IL, for plaintiff–appellant.

Terrance J. Good, Katherine M. Barrett, St. Louis, for defendants–respondents.

Before JAMES R. DOWD, P.J., and CRAHAN and RICHARD B. TEITELMAN, JJ.

## ORDER

PER CURIAM.

Plaintiff appeals the grant of summary judgment entered in favor of defendants with respect to plaintiff's claims of legal malpractice, as well as the dismissal of plaintiff's claim that defendants were obligated to indemnify him from court-imposed sanctions. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b).